IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01064-BNB

TIMOTHY MEEK,

    Plaintiff,

v.

DEPUTY MR. CREWS,
NURSE TINA,
NURSE RENEE,
DENVER HEALTH DOCTOR JANE DOE, and
JAIL OFFICIALS JOHN DOES, individually and in official capacitys [sic],

    Defendants.

---

## ORDER DRAWING CASE

---

After review pursuant to D.C.COLO.LCivR 8.1C, the Court has determined that this case does not appear to be appropriate for summary dismissal.  Therefore, the case will be drawn to a district judge and to a magistrate judge.  *See* D.C.COLO.LCivR 8.1D.  Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED June 5, 2013, at Denver, Colorado.

                                      BY THE COURT:

                                      s/ Boyd N. Boland
                                      United States Magistrate Judge