IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01064-MSK-KLM

TIMOTHY MEEKS,

    Plaintiff,

v.

TINA SAMPER, Nurse, in her official and individual capacities,
RENEE HAMMEL, Nurse, in her official and individual capacities, and
SARA JURGENS, Denver Health Doctor, in her official and individual capacities,

    Defendants.
_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion to Reconsider** [#63] (the "Motion"). Given that Plaintiff has failed to timely comply with orders allowing him to amend his complaint and that the Chief Judge has already determined that the John Doe defendants should be dismissed, *see Order* [#93] (adopting *Recommendation* [#57]),

    IT IS HEREBY **ORDERED** that the Motion [#63] is **DENIED as moot**.

    Dated:  October 9, 2014