IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 13-cv-01064-MSK-KLM

TIMOTHY MEEKS,

        Plaintiff,

v.

TINA SAMPER, Nurse, in her official and individual capacities,
RENEE HAMMEL, Nurse, in her official and individual capacities,
SARA JURGENS, Denver Health Doctor, in her official and individual capacities, and

        Defendants.

## FINAL JUDGMENT

In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P 58(a)(1), the following Final Judgment is hereby entered.

Pursuant to the Opinion and Order by Chief Judge Marcia S. Krieger (**Doc. #68**) filed on March 19, 2014, adopting the recommendation issues by Magistrate Judge (**Doc. #54**) to grant the motion to dismiss against defendant Crews (**Doc. #27**), it is

ORDERED that:

The Recommendation of Magistrate Judge Mix (**Doc. #54**) is **ADOPTED**.  All claims against Mr. Crews are **DISMISSED.**

Pursuant to the Opinion and Order by Chief Judge Marcia S. Krieger (Doc. #93) filed on October 8, 2014, adopting the recommendation issued by the Magistrate Judge **(Doc. #57)** to grant the Order to Show Cause **(Doc. #42),** it is

ORDERED that:

The Recommendation of Magistrate Judge Mix **(Doc. #57)** is **ADOPTED**.  "Jail officials,

John Does, individually and in official capacities" are dismissed without prejudice.

Pursuant to the Opinion and Order by Chief Judge Marcia S. Krieger (**Doc. #98**) filed on November 7, 2014, adopting the recommendation issued by the Magistrate Judge (**Doc. #94**) to dismiss all claims against unserved defendants (Samper and Hammel), it is

ORDERED that

The recommendation of Magistrate Judge Mix (**Doc. #94**) is **ADOPTED**. All claims against unserved defendants are dismissed without prejudice.

Pursuant to the Opinion and  Order by Chief Judge Marcia S. Krieger (**Doc. #103**) filed on February 2, 2015,  adopting the recommendation issued by the Magistrate Judge (**Doc. #92**) to grant Motion to Dismiss (**Doc. #69**), it is

ORDERED that:

The Recommendation of Magistrate Judge Mix  (**Doc. #92**) is **ADOPTED**. All claims against defendant Jurgens are DISMISSED with prejudice.

The case is closed.

Dated this 11th day March, 2015.

          ENTERED FOR THE COURT:
          JEFFREY P. COLWELL, CLERK


          s/Patricia Glover
           Deputy Clerk